UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL FOLEY,
    Plaintiff,

vs.                                  CASE NO. 8:15-CIV-530-T-17-AEP

KONE, INC.,
    Defendant.
_____/

## ORDER OF RECUSAL

    This cause is before the Court *sua sponte*.  Upon examination of the file in the above-styled action, the undersigned has determined that there is cause for recusal as the undersigned has a personal conflict of interest in this case.  Accordingly,

    I recuse myself from all further participation in this case and the Clerk of Court is instructed to reassign this case under the blind filing system established pursuant to the rules of this Court.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 13th day of March, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record